# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JESUS FLORES-ROGEL (1),

          Defendant.

Case No. 19CR4044-CAB

JUDGMENT OF DISMISSAL

FILED
NOV 26 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [ ] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [x] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [x] of the offense(s) as charged in the Indictment/Information:

    Title 8, U.S.C. Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien (Felony)

Dated: 11/25/2019

Hon. Cathy Ann Bencivengo
United States District Judge